

# INVOICE

Invoice # 8063
Date: 07/07/2025
Due On: 08/06/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Crystal Morris Polk

### 05641-Polk Crystal Morris

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 02/24/2025 | Drafted 1st Invoice for services rendered and prepared Lodestar Analysis | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/24/2025 | Drafted 1st Application for Compensation utilizing Lodestar Analysis; drafted Notice, Affidavit, and proposed Order. | 0.30 | $0.00 | $0.00 |
| Service | JC | 02/24/2025 | Drafted memo to TR attaching Application for Compensation, Lodestar Analysis, Exhibit A and proposed Order for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/24/2025 | Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | BB | 02/24/2025 | Review email from debtor: Reviewed email from debtor stating their wage order has started and inquired if she should make a direct payment. Informed the debtor she will only make a direct payment for any amount that the wage order has not covered. | 0.10 | $100.00 | $10.00 |
| Service | BM | 02/24/2025 | Review: Proof of Claim 25-00247-JAW American Express National Bank, AENB Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | BM | 02/24/2025 | Review: Proof of Claim 25-00247-JAW American Express National Bank, AENB Document # 8 | 0.10 | $155.00 | $15.50 |

Invoice # 8063 - 07/07/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 02/24/2025 | Review: Proof of Claim 25-00247-JAW Mutual Credit Union Document # 9 | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/25/2025 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 02/25/2025 | Ch 13 Meeting of Creditors Torri Parker Martin | 0.80 | $360.00 | $288.00 |
| Service | KR | 02/25/2025 | Review and respond to email memo: Reviewed email memo from VM re: adding debt and company card; telephone conference with VM about the address needing to review to add the debt and to find out if the debtor is just an authorized user of the account is in her name | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/25/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | VM | 02/25/2025 | In-Office Conference: Spoke to debtor regarding several dilemmas with company credit card received, debt needed to be added to bankruptcy plan, and situation between her and ex-husband. Drafted email to paralegal and attorney | 0.50 | $100.00 | $50.00 |
| Service | TR | 02/26/2025 | Review and sign confirmation order by email. | 0.10 | $360.00 | $36.00 |
| Service | VM | 02/27/2025 | Call Debtor: Reviewed emails from debtor, attempted to call debtor, no response. Drafted text to debtor. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/27/2025 | Incoming Call: Phone conference with debtor returning a missed call; Transferred to VM. | 0.10 | $0.00 | $0.00 |
| Service | VM | 02/27/2025 | Incoming Call: Debtor called to return my call regarding company card she received, as well as debt she wishes to add in bankruptcy. | 0.10 | $100.00 | $10.00 |

Invoice # 8063 - 07/07/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 03/01/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing me of address to add creditor, added. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/03/2025 | Review and respond to email memo: Reviewed email memo from VM with the information for the debt that the debtor would like to add to her plan and the information on the company card; drafted email memo to VM informing her of the expense fee if the debt to add is approved and explained the authorized user card she has from work | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/03/2025 | Reviewed Best Case for the list of creditors; drafted email memo to JAC re: review added debt for the creditor Wrench Werkz | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/04/2025 | review & respond to email from KR re: adding debt | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/04/2025 | Review email from Attorney: Reviewed email memo from JAC re: Adding Debt; called debtor left message; drafted email to verify if there was lien on the vehicle | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/04/2025 | Review email from debtor: Reviewed email from debtor stating that there is no lien on the vehicle and inquired about payment increase; reviewed plan and the unsecured amount; drafted email to debtor informing I could not provide an amount; the Trustee would review the proof of claim once filed and then determine if the plan payment would increase | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/05/2025 | Contact Debtor (Text/Email): Drafted amended schedule F and amended Matrix to add the debt with Wrench Werkz; drafted email to debtor to review and sign so we can file with the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/06/2025 | Review email from debtor: Reviewed email from debtor inquiring if she could provide her debit card information for the filing fee; drafted email to debtor requesting the information | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/06/2025 | Review email from debtor: Reviewed email from debtor with the credit card | 0.10 | $0.00 | $0.00 |

Invoice # 8063 - 07/07/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | information to pay the filing fee of $34 | | | |
| Service | KR | 03/06/2025 | Reviewed signed amended schedule F and matrix; reviewed court docket for the Meeting of Creditors and the plan; drafted Notice of Amendments; drafted email memo to JAC re: review amended schedules | 0.30 | $155.00 | $46.50 |
| Service | JAC | 03/06/2025 | review & approve drafted amendments, notice prepared by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/06/2025 | Review email from Attorney: Reviewed email memo from JAC re: Amended F, Amended Matrix and Notice; prepared the Notice of Amendments for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/06/2025 | Reviewed the Declaration of Mailing from Certificate of Service; prepared the Amended F, Amended Matrix and the Notice with the Declaration attached to add the debt with Wrench Werkz for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BM | 03/17/2025 | Review: Proof of Claim 25-00247-JAW Resurgent Receivables, LLC Document # 10 | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/18/2025 | Review docket for confirmation, no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/24/2025 | Review: Proof of Claim 25-00247-JAW Scolopax, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/28/2025 | Review email from debtor: Reviewed email from debtor with bill attached, debtor inquired what she could do about this, reviewed matrix and confirmed debt was not included in bankruptcy. Drafted email to debtor with add debt options. Created task for paralegal to review as well. | 0.20 | $100.00 | $20.00 |
| Service | KR | 03/28/2025 | Reviewed court docket for the Matrix to verify if MAE Physicians Surgery Center was included in the plan; drafted email memo to JAC re: review added debt | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/01/2025 | review & approve debt to add to ∆s case | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/01/2025 | Review: 25-00247-JAW Order on Application for Compensation | 0.10 | $360.00 | $36.00 |

|         |     |            |                                                                                                                                                                                                                                       |      |          |         |
| ------- | --- | ---------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---- | -------- | ------- |
|         |     |            | Document# 22                                                                                                                                                                                                                                          |      |          |         |
| Service | BB  | 04/02/2025 | Filed Amended F and emailed to debtor for signing.                                                                                                                                                                                                    | 0.10 | $100.00  | $10.00  |
| Service | BB  | 04/03/2025 | Reviewed amended schedule F signed by debtor. Revised amended F with all signatures and dates. Drafted notice of amendments to add creditor MAE.                                                                                                      | 0.20 | $100.00  | $20.00  |
| Service | KR  | 04/03/2025 | Drafted email memo to JAC re: review Notice of Amendments, Amended Matrix and Amended F                                                                                                                                                               | 0.10 | $0.00    | $0.00   |
| Service | JAC | 04/03/2025 | review & approve drafted notice prepared by KR                                                                                                                                                                                                        | 0.10 | $360.00  | $36.00  |
| Service | KR  | 04/04/2025 | Prepared the Notice of Amendments, the plan, the Meeting of Creditors and the Amended F for upload to Certificate of Service                                                                                                                          | 0.20 | $0.00    | $0.00   |
| Service | KR  | 04/04/2025 | Received the Declaration of Mailing from Certificate of Service; prepared the Amended F, the Amended Summary of Assets, Amended Declaration of Schedules and the Notice of Amendments with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00  | $31.00  |
| Service | JAC | 04/10/2025 | Review claims register and compare to the Plan to determine if additional claims are needed                                                                                                                                                           | 0.10 | $360.00  | $36.00  |
| Service | JAC | 04/14/2025 | Review: 25-00247-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 27                                                                                                                                              | 0.10 | $360.00  | $36.00  |
| Service | JAC | 05/08/2025 | Review: 25-00247-JAW Order Confirming Chapter 13 Plan Document# 29                                                                                                                                                                                    | 0.10 | $360.00  | $36.00  |
| Service | VM  | 05/22/2025 | Review email from debtor: Debtor sent an email informing me she has received notification about a loan taken out of her name that was not by her. Drafted email to debtor to contact this loan company immediately and inform them it indeed was not her and to keep me updated with their response. | 0.10 | $100.00  | $10.00  |
| Service | VM  | 05/27/2025 | Review email from Attorney: JAC informed me of needed loan                                                                                                                                                                                            | 0.10 | $100.00  | $10.00  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | documents for loan company debtor says took a loan from, drafted email to debtor to request said documents. | | | |
| Service | VM | 06/05/2025 | Reviewed email from debtor saying she is having a tough time on getting loan documents and not wanting to create an account with loan company in order to gather said documents. Informed debtor that if the loan company has not justified that she was not the one who took out a loan, we would need the loan documents per the attorney's request. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/07/2025 | Reviewed court docket for the previous filed orders and invoices; reviewed trustee's website to verify amount of attorney fees paid; drafted 1st part of the 2nd Application for Compensation and lodestar using totals from the previous order and invoice; | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$1,277.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/25/2025 | Mailing Expense - Difference in 1st Fee Application Estimate vs Actual | 1.00 | $9.50 | $9.50 |
| Expense | 03/06/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 04/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 07/07/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $28.05 | $28.05 |
| | | | **Expenses Subtotal** | | **$45.93** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.8 | $360.00 | $648.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Jacki Curry | Non-Attorney | 0.9 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 1.3 | $100.00 | $130.00 |

Invoice # 8063 - 07/07/2025

| | | | | |
|---|---|---|---|---|
| Breanne McDaniel | Non-Attorney | 0.4 | $155.00 | $62.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Kerri Rodabough | Non-Attorney | 0.9 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,323.43** |
| | | | **Total** | **$1,323.43** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7595 | 03/26/2025 | $2,254.35 | $0.00 | $2,254.35 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8063 | 08/06/2025 | $1,323.43 | $0.00 | $1,323.43 |
| | | | **Outstanding Balance** | **$3,577.78** |
| | | | **Total Amount Outstanding** | **$3,577.78** |

7/7/25, 12:51 PM                                                                                                            Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `6`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `15`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

| | 45 | |
|---|---|---|
| Date and Time: | Mon Jul 07 2025 12:50:34 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 90 | |
| Sheets Per Envelope | 3 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 17.1 |
| Postage Cost: | $ | 10.95 |
| Total Cost: | $ | 28.05 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED