IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Crystal Morris Polk                    Case No. 25-00247-JAW
, Debtor                                                         CHAPTER 13

**AFFIDAVIT**

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtor in the Chapter 13 case referenced in the attached Application.

2. I have personal knowledge of the matters stated herein and am competent to testify to them.

3. Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtor in this matter.

4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtor.

5. The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Thomas C. Rollins, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME, this __8th__ day of __July__, 20__25__, by Thomas C. Rollins, Jr.

_____
Notary Public

My Commission Expires _____

[Notary Seal: VANESSA MARTINEZ, ID# 493694, STATE OF MISSISSIPPI, BOLIVAR COUNTY, Commission Expires Nov. 17, 2028]

Exhibit "C"