**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Crystal Morris Polk, Debtor**                    **Case No. 25-00247-JAW**
                                                                  **CHAPTER 13**

**<u>NOTICE</u>**

The above referenced debtor has filed papers with the court to allow payment arrearage. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  May 8, 2026                    Signature:  /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                  Jennifer Ann Curry Calvillo (MSBN 104367)
                                                  The Rollins Law Firm, PLLC
                                                  P.O Box 13767
                                                  Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Crystal Morris Polk, Debtor                    Case No. 25-00247-JAW
                                                                        CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments due an employer error.

3. Debtor's employer has corrected the error and will continue to make payments.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in May.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on May 8, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

<div style="margin-left: 50%;">

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

</div>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CRYSTAL MORRIS POLK

CASE NO: 25-00247

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/8/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/8/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CRYSTAL MORRIS POLK

CASE NO: 25-00247

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/8/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/8/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00247
SOUTHERN DISTRICT OF MISSISSIPPI
FRI MAY 8 10-57-56 PST 2026

AMERICAN EXPRESS NATIONAL BANK
CO ZWICKER  ASSOCIATES  PC
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER  MA 01810-0943

WELLS FARGO BANK  NA DBA WELLS FARGO AUT
PO BOX 169005
TX 75016-9005

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

WELLS FARGO BANK NA  DBA WELLS FARGO A
PO BOX 169005
IRVING  TX 75016-9005

ATT
PO BOX 5087
CAROL STREAM  IL 60197-5087

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AMERICAN EXPRESS NATIONAL BANK  AENB
CO ZWICKER AND ASSOCIATES  PC
PO BOX 9043
ANDOVER  MA 01810-0943

AMEX
PO BOX 981535
EL PASO  TX 79998-1535

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

ENDURANCE WARRANTY
PO BOX 735112
CHICAGO  IL 60673-5112

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KOHLS
PO BOX 3043
MILWAUKEE  WI 53201-3043

LAW OFFICE OF RUSTY WILLIARD
RUSTY WILLIARD
PO BOX 1467
BRANDON  MS 39043-1467

MAE PHYSICIANS SURGERY CENTER
PO BOX 12673
JACKSON MS 39236-2673

MOHELA ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON  WI 53708-8961

METHODIST REHAB CENTER
1350 E WOODROW WILSON
JACKSON  MS 39216-5198

MUTUAL CREDIT UNION
LESLIE R SADLER
1612 MISSION 66  SUITE 1
VICKSBURG  MS 39180-3706

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE  PA 18773-9500

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)SNAP FINANCE
PO BOX 26561
SALT LAKE CITY UT 84126-0561

SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY  SUITE G-601
ABILENE  TX 79602-1196

SUSAN STEADMAN
522 MAIN ST
HATTIESBURG  MS 39401-3426

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

WELLS FARGO
ATTN BANKRUPTCY
1100 CORPORATE CENTER
RALEIGH  NC 27607-5066

EXCLUDE

WILLIARD LAW
PO BOX 1467
BRANDON  MS 39043-1467

WRENCH WERKZ
110 RIVERBEND DR
BRANDON  MS 39047-9231

(D)WRENCH WERKZ  LLC
110 RIVERBEND DRIVE
BRANDON MS 39047-9231

DEBTOR

EXCLUDE

EXCLUDE

CRYSTAL MORRIS POLK
30301 MAJESTY LN
BRANDON  MS 39042-2596

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201-1902