## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13:

CRYSTAL MORRIS POLK                                   CASE NO. 25-00247-JAW

## TRUSTEE'S OBJECTION TO
## DEBTOR'S MOTION TO ALLOW PAYMENT ARREARAGES

COMES NOW, Greta Martin on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Debtor's Motion to Allow Payment Arrearages (Dkt. #36) and in support thereof, would show unto the Court the following:

1. The Debtor request plan arrearages be cured over the remainder of Chapter 13 Plan due to an employer error.

2. The Debtor's Chapter 13 Plan was confirmed as of May 7, 2025 (Dkt. #29). The Debtor has completed fifteen (15) of sixty (60) month plan term.

3. The Debtor's confirmed plan provides for plan payments by employer wage order.

4. The Debtor's Motion states that the employer error has been corrected and that ongoing payments will resume in May 2026.

5. The Debtor's Motion requests that the past due plan payments, including any ongoing mortgage payments being paid through the plan, be amortized over the remaining life of the plan.

6. Presently, the Debtor's plan is three months in arrears and delinquent $4,816.00 through June 2026.

7. The Trustee objects to the extent the Motion does not expressly authorize the Trustee to adjust the wage order as necessary to cure the arrearage and amortize the delinquency over the remaining life of the plan.

8.  The Trustee believes that, because the employer has resumed remitting plan payments and the delinquency appears to have resulted from employer error, the arrearage may be cured and amortized through an adjusted wage order.

9.  The Trustee requests that any order granting the Motion authorize the Trustee to adjust the wage order to increase the plan payments as necessary to cure the arrearage and amortize the delinquency over the remaining life of the plan.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and, at the hearing hereon, an Order be entered denying the Motion to Allow Payment Arrearages unless the Order granting the Motion: (1) authorizes the Trustee to adjust the wage order to increase the plan payments as necessary to cure the arrearage and amortize the delinquency over the remaining life of the plan; (2) provides that the Debtor shall remain current on all ongoing plan payments; (3) provides that, should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing; and (4) grants any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: June 8, 2026

Respectfully submitted,

/s/ *Greta Kemp Martin*
Greta K. Martin, MSB# 103672
Staff Attorney
Office of the Chapter 13 Standing Trustee
Torri Parker Martin
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: gmartin@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Greta K. Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**ATTORNEY FOR DEBTOR:**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

DATED: June 8, 2026

/s/ *Greta Kemp Martin*_____
Greta K. Martin, MSB# 103672