

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **CRYSTAL MORRIS POLK** | **CASE NO. 25-00247-JAW** |

## AGREED ORDER

    **THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Dkt #36) and Trustee's Objection thereto (Dkt #46). The Court, having fully considered the matters and finding the parties in agreement does hereby order the following:

    **IT IS ORDERED** that the Debtor's Motion is hereby granted.

    **IT IS FURTHER ORDERED** that the Trustee is authorized to cure and amortize the Debtor's plan payment arrearage over the remaining life of the Chapter 13 plan.

    **IT IS FURTHER ORDERED** the Trustee is authorized to adjust and/or increase the Debtor's employer wage order as necessary to cure the arrearage and amortize the delinquency over the remaining life of the plan.

    **IT IS FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**##END OF ORDER##**

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ *Greta Martin* | /s/ Thomas Carl Rollins Jr |
| Greta Martin, MSB# 103672 | Thomas Carl Rollins, Jr |
| Staff Attorney | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | PO BOX 13767 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | 601-500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: (601) 981-9100 | |
| Email: gmartin@tpmartinch13.com | |