United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 25-00247-JAW

Crystal Morris Polk                                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID                          Recipient Name and Address**
db                           + Crystal Morris Polk, 30301 Majesty Ln, Brandon, MS 39042-2596

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Greta Kemp Martin | on behalf of Trustee Torri Parker Martin gmartin@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Crystal Morris Polk trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                    **CHAPTER 13:**

**CRYSTAL MORRIS POLK**                         **CASE NO. 25-00247-JAW**

### AGREED ORDER

      **THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Dkt #36) and Trustee's Objection thereto (Dkt #46). The Court, having fully considered the matters and finding the parties in agreement does hereby order the following:

      **IT IS ORDERED** that the Debtor's Motion is hereby granted.

      **IT IS FURTHER ORDERED** that the Trustee is authorized to cure and amortize the Debtor's plan payment arrearage over the remaining life of the Chapter 13 plan.

      **IT IS FURTHER ORDERED** the Trustee is authorized to adjust and/or increase the Debtor's employer wage order as necessary to cure the arrearage and amortize the delinquency over the remaining life of the plan.

      **IT IS FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

### ##END OF ORDER##

**SUBMITTED BY:**                                    **AGREED BY:**

/s/ *Greta Martin*
Greta Martin, MSB# 103672
Staff Attorney
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: gmartin@tpmartinch13.com

/s/ Thomas Carl Rollins Jr
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com